**EXHIBIT B**











































# EXHIBIT C



Obtained from Google Earth Historical Images – 3/30/2008



Obtained from Google Earth Historical Images – 8/23/2010



Obtained from Google Earth Historical Images – 10/27/2012



Obtained from Google Earth Historical Images – 11/13/2013



Google Maps – Obtained June 19, 2014

**EXHIBIT D**



Obtained from Google Earth Historical Images – 2/27/2006



Obtained from Google Earth Historical Images – 12/24/2006



636 Front St, El Cajon, CA

Obtained from Google Earth Historical Images – 1/31/2008



Obtained from Google Earth Historical Images – 8/23/2010



636 Front St, El Cajon, CA 92

Obtained from Google Earth Historical Images – 10/27/2012



Obtained from Google Earth Historical Images – 11/13/2013

**EXHIBIT E**

**Qualifying Rainfall Events (.1 inches of rain or more) During Business Hours**

**NOAA National Climactic Data  Center**

Stations:   **COOP:047740** - SAN DIEGO LINDBERGH FIELD, CA US

Data Types:   **HPCP** - Precipitation (100th of an inch)

2009

| Month | Inches | Time: |
|---|---|---|
| 6-Feb | 0.61 | |
| 7-Feb | 0.74 | |
| 8-Feb | 0.2 | |
| 9-Feb | 0.21 | 8:00 AM |
| 10-Feb | 0.34 | |
| 14-Feb | 0.13 | |
| 16-Feb | 0.62 | 12:00 PM |
| 22-Mar | 0.22 | 11:00 AM |
| 31-May | 0.13 | |
| 4-Jun | 0.13 | |
| 29-Nov | 0.35 | |
| 7-Dec | 0.13 | 9:00 AM |
| 8-Dec | 1.99 | |
| 12-Dec | 0.13 | |
| 13-Dec | 0.88 | |
| **TOTAL** | 6.81 | |

2010

| Month | Inches | Time: |
|---|---|---|
| 18-Jan | 0.1 | 4:00 PM |
| 19-Jan | 1.4 | 1:00 PM |
| 20-Jan | 7.4 | |
| 21-Jan | 1.65 | 12:00 PM |
| 22-Jan | 1.41 | |
| 23-Jan | 0.29 | |
| 27-Jan | 0.14 | |
| 6-Feb | 0.17 | 11:00 AM |
| 7-Feb | 0.27 | |
| 10-Feb | 0.47 | |
| 20-Feb | 0.49 | |
| 22-Feb | 0.12 | |
| 27-Feb | 0.2 | 8 |
| 28-Feb | 1.27 | |
| 7-Mar | 0.38 | 10:00 AM |
| 8-Mar | 0.3 | |
| 1-Apr | 0.49 | |
| 6-Apr | 0.15 | |
| 12-Apr | 0.65 | 4:30 PM |
| 22-Apr | 0.47 | |
| 6-Oct | 0.43 | |
| 20-Oct | 0.9 | 12:00 PM |
| 21-Oct | 0.12 | |
| 30-Oct | 0.38 | 8:00 AM |
| 20-Nov | 0.69 | 2:00 PM |
| 21-Nov | 0.12 | 11:00 AM |
| 24-Nov | 0.87 | |
| 20-Dec | 0.83 | |
| 21-Dec | 3.46 | 8:00 AM |
| 22-Dec | 0.48 | 8:00 AM |
| 26-Dec | 0.69 | |
| 30-Dec | 1.8 | 9:00 AM |
| **TOTAL** | 28.59 | |

**Qualifying Rainfall Events (.1 inches of rain or more) During Business Hours**

**NOAA National Climactic Data Center**

Stations: **COOP:047740** - SAN DIEGO LINDBERGH FIELD, CA US

Data Types: **HPCP** - Precipitation (100th of an inch)

2011

| Month | Inches | Time: |
|-------|--------|-------|
| 3-Jan | 0.85 | |
| 4-Jan | 0.1 | |
| 18-Feb | 0.24 | 5:00 AM |
| 20-Feb | 0.2 | |
| 26-Feb | 0.8 | |
| 27-Feb | 0.22 | |
| 7-Mar | 0.2 | |
| 21-Mar | 0.89 | |
| 22-Mar | 0.14 | |
| 24-Mar | 0.25 | |
| 26-Mar | 0.15 | |
| 9-Apr | 0.14 | |
| 18-May | 0.73 | |
| 29-May | 0.1 | |
| 4-Nov | 0.34 | 4:00 PM |
| 12-Nov | 1.04 | 1:00 PM |
| 12-Dec | 0.96 | 9:00 AM |
| **TOTAL** | **7.35** | |

2012

| Month | Inches | Time: |
|-------|--------|-------|
| 23-Jan | 0.2 | 2:00 PM |
| 24-Jan | 0.28 | |
| 7-Feb | 0.23 | 4:00 PM |
| 14-Feb | 0.34 | |
| 16-Feb | 0.2 | |
| 28-Feb | 0.72 | |
| 17-Mar | 0.24 | 1:00 PM |
| 18-Mar | 0.47 | |
| 25-Mar | 0.43 | 5:00 PM |
| 1-Apr | 0.11 | |
| 11-Apr | 0.45 | |
| 13-Apr | 0.33 | 4:00 PM |
| 26-Apr | 0.61 | |
| 12-Oct | 0.77 | |
| 8-Nov | 0.14 | |
| 1-Dec | 0.23 | |
| 13-Dec | 1.6 | 8:00 AM |
| 14-Dec | 0.28 | |
| 15-Dec | 0.37 | |
| 19-Dec | 0.47 | |
| 25-Dec | 0.37 | |
| 30-Dec | 0.28 | |
| **TOTAL** | **9.12** | |

**Qualifying Rainfall Events (.1 inches of rain or more) During Business Hours**

**NOAA National Climactic Data  Center**

**Stations:** **COOP:047740** - SAN DIEGO LINDBERGH FIELD, CA US

**Data Types:** **HPCP** - Precipitation (100th of an inch)

2013

| Month | Inches |
|-------|--------|
| 7-Jan | 0.26 |
| 25-Jan | 0.23 |
| 26-Jan | 0.73 |
| 27-Jan | 0.1 |
| 9-Feb | 0.15 |
| 20-Feb | 0.3 |
| 9-Mar | 0.2 |
| 21-Nov | 0.28 |
| 22-Nov | 0.2 |
| 8-Dec | 0.17 |
| 20-Dec | 0.1 |
| **TOTAL** | 2.72 |

2014

| Month | Inches |
|-------|--------|
| 3-Feb | 0.25 |
| 7-Feb | 0.37 |
| 27-Feb | 0.1 |
| 28-Feb | 0.46 |
| 1-Mar | 0.76 |
| 2-Mar | 0.6 |
| 2-Apr | 0.22 |
| 26-Apr | 0.13 |
| **TOTAL** | 2.89 |