COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation, | Civil Case No.: '15CV0380 JM RBB |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA METALS, Inc. a corporation, | |
| Defendant. | |

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2015 I caused copies of the following documents:

- **[Proposed] Modified Consent Decree**

to be sent to counsel for Defendant California Metals, Inc. via electronic mail to:

> S. Wayne Rosenbaum
> Opper & Varco, LLP
> 225 Broadway
> 19th Floor
> San Diego, CA 92101
> swr@envirolawyer.com

and via CM/ECF electronic delivery to:

> Christine W. Ennis
> United States Department of Justice
> Environment and Natural Resources Division
> Law and Policy Section
> Ben Franklin Station
> P.O. Box 7415
> Washington, D.C. 20044
> christine.ennis@usdoj.gov

Dated: May 11, 2015        **COAST LAW GROUP, LLP**

By: s/Livia Borak
Livia Borak
Attorney for Plaintiff Coastal Environmental Rights Foundation
E-mail: livia@coastlawgroup.com