# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA METALS, Inc., a corporation,<br><br>Defendant. | Civil Case No.: 15cv380 JM(RBB)<br><br>**ORDER ENTERING CONSENT DECREE** |

This matter came before the Honorable Jeffrey T. Miller, and upon review of Plaintiff Coastal Environmental Rights Foundation's Notice of Completion of Review Period and Request for Entry of Consent Decree, and the Modified Consent Decree attached thereto marked Exhibit A, the Court approves the Consent Decree and orders as follows:

1. The Consent Decree executed by Plaintiff Coastal Environmental Rights Foundation and Defendant California Metals, Inc. (collectively "the Parties") is hereby approved and entered in this action.

2. The Plaintiff's claims in this action are hereby dismissed with prejudice; and

3. The Court hereby retains jurisdiction over the Parties with respect to disputes arising under the Consent Decree. The Court's jurisdiction shall end upon the

termination of the Consent Decree in accordance with the provisions of paragraphs 25-26 of the Consent Decree.

**IT IS SO ORDERED.**

Date: May 12, 2015

Jeffrey T. Miller
United States District Judge